IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MONICA GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC.,<br><br>    Defendant. | Civil Action No.: 3:22-cv-00022-RJC-DSC |

## NOTICE OF SETTLEMENT

Comes now Defendant Sephora USA, Inc., through the undersigned counsel, and notifies the Court that the parties have recently reached a settlement of this matter. The parties are finalizing settlement documentation and anticipate filing a Stipulation of Dismissal within 30 days.

Respectfully submitted this 18th day of March, 2022.

                                            Respectfully submitted,

                                            /s/Meredith F. Hamilton
                                            Meredith F. Hamilton, NC Bar
                                            #50703 Attorney for Defendant
                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.
                                            201 South College Street, Suite 2300
                                            Charlotte, NC 28244
                                            Telephone: 704-342-2588
                                            Facsimile: 704-342-4379
                                            Email:
                                            meredith.hamilton@ogletree.com

## CERTIFICATE OF SERVICE

I, Kelly S. Hughes, hereby certify that I have this day electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

L. Michelle Gessner (NC Bar #26590)
Nicole K. Haynes (NC Bar #47793
GESSNER LAW, PLLC
602 E. Morehead Street
Charlotte, NC 28202
Telephone: 704-234-7442
Facsimile: 980-206-0286
Email: michelle@mgessnerlaw.com
nicole@mgessnerlaw.com

*Attorney for Plaintiff*

Dated this the 18th day of March, 2022.

/s/Meredith F. Hamilton
Meredith F. Hamilton, NC Bar #50703
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704-342-2588
Facsimile: 704-342-4379
Email: meredith.hamilton@ogletree.com